UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW,<br><br>        Plaintiff,<br><br>    v.<br><br>JONES, et al.,<br><br>        Defendants. | No. 2:18-cv-0327 AC P<br><br>ORDER |

By order filed February 26, 2018, plaintiff was ordered to pay the filing fee or file a completed in forma pauperis application and a certified copy of her prison trust account statement. ECF No. 3. Plaintiff has not responded to the court's order, paid the filing fee, or filed the required documents. Plaintiff will be given a final opportunity to comply with the February 26, 2018 order and failure to do so will result in a recommendation that this case be dismissed without further warning.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within twenty-one days from the date of this order, an application in support of her request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00. Failure to comply with this order will result in a recommendation that this action be dismissed.

////

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: February 6, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE