UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW,<br><br>        Plaintiff,<br><br>    v.<br><br>JONES, et al.,<br><br>        Defendants. | No. 2:18-cv-0327 AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By order filed February 7, 2019, plaintiff was given a second chance to either file a completed in forma pauperis application or pay the filing fee; plaintiff was warned that failure to do so would result in a recommendation that this case be dismissed. ECF No. 4. The time for complying with the order has now expired, and plaintiff has not submitted an application to proceed in forma pauperis, paid the filing fee, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a United States District Judge to this action.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 13, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE